UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2007 (MJD/JGL)

ARLEEN K. SHAVER,

Plaintiff,

v.

**PRETRIAL ORDER**

SISINNI FOOD SERVICE, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2000;

3. Plaintiff shall disclose all expert witnesses by January 1, 2001, and reports by March 1, 2001; Defendants shall disclose all expert witnesses by February 1, 2001, and reports by April 1, 2001;

4. The period during which the parties may seek discovery shall be completed by May 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to May 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to August 1, 2001; and

7. This case will be considered "ready for trial" as of August 1, 2001.

DATED: November 22, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

NOV 22 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK