**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Arleen K. Shaver,

Plaintiff,

vs.

Sisinni Food Service, Inc.

Defendant.

Civil No. 00-2007 (MJD/JGL)

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

---

The parties to the above-captioned matter, through their counsel, hereby stipulate and agree as follows regarding the Scheduling Order:

1. The parties have cooperated in managing the discovery schedule in this matter and are working diligently to conduct and conclude the discovery.

2. The current Scheduling Order requires that non-expert discovery be completed prior to May 1, 2001.

3. The current Scheduling Order requires that all non-dispositive motions relating to discovery and the discovery period be filed prior to May 1, 2001.

4. The parties propose that the Scheduling Order dated November 22, 2000, in the above-captioned matter be amended so as to require non-expert discovery to be completed on or before May 31, 2001.

5. The parties also propose that the Scheduling Order dated November 22, 2000, in the above-captioned matter be amended so as to require all non-dispositive motions relating to discovery and the discovery period be filed prior to May 31, 2001.

APR 17 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

6. The Court's Scheduling Order of November 22, 2000, shall remain unchanged in all other respects.

**AGREED:**

Dated: APRIL 11, 2001

Daniel L. Palmquist (#217694)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**ATTORNEYS FOR DEFENDANT**
Sisinni Food Service, Inc.

Dated: 4/16/01

Tiffany A. Sanders (#260514)

**NICHOLS, KASTER & ANDERSON**
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

**ATTORNEYS FOR PLAINTIFF**
ARLEEN K. SHAVER

**IT IS SO ORDERED:**

Dated: [illegible]

JONATHAN LEBEDOFF
United States Magistrate Judge