UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arleen K. Shaver,

Plaintiff,

v.

ORDER
Civ. No. 00-2007(MJD/JGL)

Sisinni Food Service, Inc.
D/b/a Mainstreet Bakery, and
Anthony Sisinni,

Defendants.

---

Donald H. Nichols, Paul J. Lukas and Tiffany A. Sanders, Nichols, Kaster & Anderson, PLLP for and on behalf of Plaintiff.

Daniel L. Palmquist and Amy E. Walsh, Leonard Street and Deinard, Professional Association for and on behalf of Defendants.

---

Plaintiff worked for Mainstreet Bakery as a salesperson from May 14, 1999 to March 6, 2000. Plaintiff brought this action, alleging claims of sex discrimination and reprisal under Title VII and the Minnesota Human Rights Act ("MHRA") and a state law claim of assault and battery.

Before the Court is Defendants' motion for summary judgment as to her claims of hostile work environment sexual harassment and reprisal under Title VII and the MHRA. At oral argument, Defendant withdrew its motion to the extent related to the reprisal claims, but continued to argue that summary judgment was appropriate as to the hostile environment claims.

OCT 0 3 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court has reviewed the record, and finds genuine issues of material fact preclude summary judgment as to the hostile environment claims.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is DENIED.

Date: Oct. 3, 2001

Michael J. Davis
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500